USDC - DVT
2:24-mc-141

FILED

JUL 0 8 2024

Catherine O'Hagan Wolfe, Clerk

UNITED STATES COURT OF APPEALS

SECOND CIRCUIT

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

WHEREAS, the business of the United States District Court for the District of Vermont requires the designation of a District Judge to sit upon the District Court; now, therefore, pursuant to the authority vested in me by 28 U.S.C. Sec. 294(c), I do hereby designate and assign the Honorable Frank Geraci, United States District Judge for the Western District of New York, to sit in the United States District Court for the District of Vermont from July 9, 2024 to December 31, 2024 and for such additional time as may be required to complete unfinished business.

Dated: July 8, 2024

_____
Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Elizabeth A. Wolford, Chief U.S.D.J., Western District of New York
Mary Loewenguth, Clerk of Court, Western District of New York
Hon. Geoffrey W. Crawford, Chief U.S.D.J., District of Vermont
Jeffrey Eaton, Clerk of Court, District of Vermont
Michael Jordan, Second Circuit Executive

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

July 8 , 20 24